

United States District Court
Southern District of Ohio

| TO: | X | Chief Judge Marbley | X | Magistrate Judge Deavers |
|---|---|---|---|---|
| | | Judge Sargus | X | Magistrate Judge Jolson |
| | | Judge Watson | | Magistrate Judge Vascura |
| | | Judge Morrison | | Magistrate Judge King |
| | | Judge Graham | | |

FROM: Jodi L. Keener, Deputy Clerk

DATE: 04/11/2022

SUBJECT: Case Caption: L.G. v. Red Roof Inns, Inc. et al

CASE: Case Number: Doc. 2:22-cv-1924 1

DISTRICT JUDGE: Chief Judge Algenon L. Marbley (KAJ)
File Date: 4/9/2022

| Related Case(s) No. | Case Caption | Filed |
|---|---|---|
| 2:19-cv-755 ALM EPD | H.H. v. G6 Hospitality LLC et al | 03/03/2019 Closed |
| 2:19-cv-849 ALM EPD | M.A. v. Wyndham Hotels & Resorts, Inc. et al | 03/08/2019 |
| 2:19-cv-2970 ALM EPD | T.S. v. Intercontinental Hotels Group et al | 07/09/2019 Closed |
| 2:19-cv-4965 ALM EPD | A.C. v. Red Roof Inns Inc et al | 11/08/2019 Closed |
| 2:19-cv-5384 ALM EPD | C.T. v. Red Roof Inns, Inc. et al | 12/08/2019 Closed |
| 2:21-cv-4933 ALM EPD | T.P. v. Wyndham Hotels & Resorts, Inc. et al | 10/02/2021 |
| 2:21-cv-4934 ALM EPD | A.W. v. Red Roof Inns, Inc. et al | 10/02/2021 |
| 2:21-cv-4935 ALM EPD | A. R. v. Wyndham Hotels and Resorts, Inc., et al. | 10/02/2021 |

cc: Courtroom Deputies

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator    **Jodi Keener**
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge    M a r b l e y

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_[signature]_
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies