# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| L.G., an individual, | ) CASE NO. 2:22-cv-01924 |
| PLAINTIFF, | ) JUDGE ALGENON L. MARBLEY |
| v. | ) DEFENDANTS RED ROOF INNS, INC. AND RED ROOF FRANCHISING, LLC'S CORPORATE DISCLOSURE STATEMENT |
| RED ROOF INNS, INC. AND RED ROOF FRANCHISING, LLC, | |
| DEFENDANTS. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Red Roof Inns, Inc. and Red Roof Franchising, LLC (hereinafter "Red Roof"), submit the following Corporate Disclosures:

Red Roof Inns, Inc. is a non-governmental corporate party. WRRH Investments LP is the parent corporation, and no publicly held corporation owns more than 10% of the stock of Red Roof Inns, Inc.

Respectfully submitted,

/s/ Chelsea Mikula
Chelsea Mikula (0086453)
chelsea.mikula@tuckerellis.com
Elisa Arko (0095895)
elisa.arko@tuckerellis.com
Joseph Manno (0092258)
joseph.manno@tuckerellis.com
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592-5000
Telefax: 216.592.5009

*Attorneys for Defendants Red Roof Inns, Inc. and Red Roof Franchising, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2023, ***Defendants Red Roof Inns, Inc. and Red Roof Franchising, LLC's Disclosure Statement*** was filed electronically. Service of this filing will be made pursuant to Civ. R. 5(b)(2)(e) and Civ.R. 5(B)(3) by operation of this Court's electronic filing system. Parties may access the filing through the Court's system.

Respectfully submitted,

/s/ Chelsea Mikula
Chelsea Mikula (0086453)

*One of the Attorneys for Defendants Red Roof Inns, Inc. and Red Roof Franchising, LLC*