IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| *IN RE: HOTEL TVPRA LITIGATION*[1] | : | Case Nos. 2:22-cv-1924; 2:22-cv-2682; |
| | : | 2:22-cv-3185; 2:22-cv-3202; 2:22-cv-3256; |
| | : | 2:22-cv-3258; 2:22-cv-3416; 2:22-cv-3766; |
| | : | 2:22-cv-3767; 2:22-cv-3768; 2:22-cv-3769; |
| | : | 2:22-cv-3770; 2:22-cv-3771; 2:22-cv-3772; |
| | : | 2:22-cv-3773; 2:22-cv-3774; 2:22-cv-3776; |
| | : | 2:22-cv-3778; 2:22-cv-3782; 2:22-cv-3784; |
| | : | 2:22-cv-3786; 2:22-cv-3787; 2:22-cv-3788; |
| | : | 2:22-cv-3797; 2:22-cv-3799; 2:22-cv-3811; |
| | : | 2:22-cv-3837; 2:22-cv-3839; 2:22-cv-3844; |
| | : | 2:22-cv-3845; 2:22-cv-3846; 2:23-cv-1731. |
| | : | |
| | : | **Chief Judge Algenon L. Marbley** |
| | : | |
| | : | **Magistrate Judge Elizabeth P. Deavers** |
| | : | |

## ORDER

This matter is before this Court on Motions to Review Suggestions for Scheduling Conference filed by Plaintiffs in each of the thirty-two above captioned cases in advance of a December 4, 2023 conference that this Court held relating to administrative matters. (*See e.g., L.G. v. Red Roof Inns, Inc. et al.*, Case No: 22-cv-1924, ECF No. 48).[2] In the Motions, Plaintiffs' counsel proposes a detailed plan for administrative management of the *In re Hotel TVPRA*

---

[1] For the convenience of the parties and for administrative purposes, this Court will collectively refer to the above captioned cases and all related cases as "*In re Hotel TVPRA Litigation.*" The clerk is **DIRECTED** to file this Opinion & Order in **ONLY** those cases identified in the caption.

[2] This Court will only cite to the record of the first filed case at issue, *L.G. v. Red Roof Inns, Inc. et al.*, Case No: 22-cv-1924, since it is representative of the above captioned cases for the purpose of resolving the instant motions. Identical motions have been filed in three other cases, Case Nos. 2:21-cv-4933, 2:21-cv-4934, and 2:21-cv-4935, which are more advanced in the litigation process and were accordingly not included in the conference. The motions filed in those cases will be addressed in a separate order.

1

*Litigation*, given that the Judicial Panel on Multidistrict Litigation ("JPML") previously concluded that the litigation ought to be coordinated informally by this Court. (*See e.g., id.*).

During the December 4, 2023 conference, the Parties and this Court discussed how best to manage the *In re Hotel TVPRA Litigation*, including the possibility of multidistrict litigation. At the conclusion of the conference, this Court ordered Plaintiffs' counsel to file a Motion for Reconsideration with the JPML after a period of conferral between the parties. (*See e.g.*, ECF No. 52). Accordingly, Plaintiffs' Motions to Review Suggestions for Scheduling Conference are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

_____
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**

**DATED: January 16, 2024**